UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

ROBERT NEWLAND,
   a/k/a "Geoffrey Robert Newland,"

           Defendant.

- - - - - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

S1 20 Cr. 351 (SHS)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Jessica Feinstein and Cecilia Vogel;

It is found that the Superseding Indictment in the above-captioned action, S1 20 Cr. 351, is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       February 25, 2022

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE