UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-351 (SHS) |
| -against- | : | ORDER |
| ROBERT NEWLAND, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that there will be a conference in this matter on Friday, September 23, at 11:00 a.m. Members of the public who wish to hear the audio feed of the conference (listen in only) may do so by dialing 888-273-3658 and using access code 7004275.

Dated:  New York, New York
          September 22, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.