UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :   20-Cr-351 (SHS)

      -against-  :

          <u>ORDER</u>

ROBERT NEWLAND,  :

      Defendant.  :
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the Court grants the joint request for bail on the following conditions:

1. $400,000 personal recognizance bond secured by $200,000 cash, with $80,000 to be deposited with the Court today before the defendant returns to the United Kingdom;

2. The remaining $120,000 cash shall be deposited within two weeks of the U.K. releasing the £250,000 currently securing the defendant's bond in the U.K.;

3. The bond shall be co-signed by four financially responsible persons, prior to defendant returning to the U.K.;

4. The defendant shall surrender his passport to pretrial services until the $80,000 securing the bond has been received by the Court;

5. Upon defendant's return to the U.K., his passport shall be returned to his attorney, Roger Burlingame;

6. Travel restricted to the Southern and Eastern Districts of New York and the U.K.;

7. Pretrial services supervision as directed;

8. The defendant may be released today.

Dated: New York, New York
       September 23, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.0