UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-351 (SHS) |
| -against- | : | ORDER |
| ROBERT NEWLAND, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that defendant's sentencing shall take place on September 20, 2023, at 2:30 p.m. The defense submission is due by August 30, the government submission is due by September 6, 2023.

Dated: New York, New York
       June 26, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.