UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,              :        20-Cr-351 (SHS)

        -against-                            :

                                          ORDER

ROBERT NEWLAND,                         :

                  Defendant.            :
-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    At the request of the parties,

    IT IS HEREBY ORDERED that:

1.     The defense submission is due by September 5, 2023;

2.     The government's submission is due by September 12, 2023; and

3.     Defendant's sentencing remains at September 20, 2023, at 2:30 p.m.

Dated:  New York, New York
       August 29, 2023

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.0