UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        20-Cr-351 (SHS)

          -against-                                     :
                                                               ORDER

ROBERT NEWLAND,                             :

                    Defendant.           :
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      At the request of the parties, the sentencing scheduled for Wednesday, September 20, 2023, at 2:30 p.m. will be available for the public to listen-in only by dialing 888-273-3658 and using access code 7004275.

Dated:  New York, New York
           September 15, 2023

                                                                           SO ORDERED:

                                                                          Sidney H. Stein, U.S.D.J.