Docket and file in 20cr351 newland oct 12 2023



5th October 2023

Dear Judge Stein,

 I wanted to write a short note of thanks for the time and effort that you put into my case prior to my sentencing. I was struck by the level of detail that you were familiar with and just wanted to express my thanks for the hard work I know this entails.

 Thank you as well for your comments supporting a UK location as spending some of my time here will undoubtedly help my wife and daughters.

yours sincerely

R. Newland.

Robert Newland