

25 Cannon Street
London EC4M 5UB
UK
+44 20 7184 7000  Main
+44 20 7184 7001  Fax
DX 30 London
www.dechert.com

**ROGER BURLINGAME**
*Partner*

Roger.Burlingame@dechert.com
+44 20 7184 7333  Direct
+44 20 7184 7001  Fax

<u>Via ECF and Email</u>

November 15, 2023

Honorable Sidney H. Stein
United States District Judge
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    **Re:** *United States v. Robert Newland,* **20-CR-351 (SDNY) (SHS)**

Dear Judge Stein:

We write to respectfully request, with the government's consent, a modification of the defendant Robert Newland's reporting date in the above-captioned matter.

At his sentencing, the Court ordered Mr. Newland to report to a designated Bureau of Prisons (BOP) facility on December 1, 2023, and requested that the facility be located in the Northeast to ease the burden on his UK-based family.

The BOP has yet to designate a facility, a delay we are informed stems from a backlog of defendants being placed into facilities in the Northeast.

In order to provide (a) the BOP with additional time to place Mr. Newland in a facility located in the Northeast, and (b) the FBI with additional time to arrange for the parole visa necessary for Mr. Newland to enter the U.S. (a process that requires the BOP to designate the facility in which he will serve his sentence), we request that Mr. Newland's reporting date be moved to December 14, 2023.

As noted, the government consents to this request. We have also coordinated with the government, and the requested date will work for the case agent, who must meet Mr. Newland's flight and deliver him to the BOP facility.

Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority (SRA No. 389648). A list of the names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at our registered office at the above address. Dechert practices as a limited liability partnership or limited liability company other than in Hong Kong.



15 November 2023
Page 2

Mr. Newland is eager to begin serving his sentence so he can more quickly arrive at its end. As such, we do not anticipate another similar request provided that the BOP can use the additional time to designate Mr. Newland, an outcome we are avidly pursuing.

Respectfully,

*/s/ Roger Burlingame*

Roger Burlingame


cc: AUSA Tara LaMorte